CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

2012 APR 13  PM 2: 11

DEPUTY CLERK_____

| | |
|---|---|
| JAICOURRIE FINLEY, PRO SE, §<br>also known as §<br>    JAICOURRIE DEWAYNE FINLEY, §<br>also known as MATTHEW MacCALLISTER, §<br>TDCJ-CID No. 1354674, §<br>§<br>    Plaintiff, §<br>§<br>v. §<br>§<br>MARK C. HALL and §<br>BRAD LIVINGSTON, §<br>§<br>    Defendants. § | 2:11-CV-0134 |

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS
## AND ORDER OF DISMISSAL

Plaintiff JAICOURRIE FINLEY, while a prisoner housed in the Texas Department of

Criminal Justice, Correctional Institutions Division, has filed suit pursuant to Title 42, United

States Code, Section 1983 complaining against the above-named defendants and requesting

permission to proceed in forma pauperis.

On March 29, 2012, a Report and Recommendation was issued by the United States

Magistrate Judge analyzing plaintiff's litigation history and his claims in this cause, and

concluding plaintiff is barred from proceeding in forma pauperis in the instant cause pursuant to

Title 28, United States Code, section 1915(g).  The Magistrate Judge recommended that

plaintiff's request to proceed in forma pauperis be denied and the instant cause be dismissed for

failure to pay the filing fee.  Plaintiff was given fourteen days in which to pay the filing fee or file

his objections to the Report and Recommendation.

The response period has expired.  No objections have been filed by plaintiff nor has the filing fee been paid.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation.  The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

Plaintiff's motion to proceed in forma pauperis is DENIED.

IT IS THEREFORE ORDERED that the Civil Rights Complaint filed pursuant to Title 42, United States Code, section 1983, by plaintiff JAICOURRIE FINLEY is DISMISSED WITHOUT PREJUDICE TO REFILING WITH PREPAYMENT OF THE FILING FEE.  28 U.S.C. § 1915(g).

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Clerk will mail a copy of this Order to the plaintiff and to any attorney of record by first class mail.

Any pending motions are DENIED.

It is SO ORDERED.

Signed this the _____ /3_st_ day of April, 2012.


MARY LOU ROBINSON
United States District Judge

2